UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-cv-1456-Orl-28GJK

DC COMICS,

   Plaintiff,

v.

REGINAL B. JONES d/b/a
SUPERMEN FADES TO FROS d/b/a
SUPERMEN'S FADES TO FRO'S
d/b/a FADES TO FRO'S d/b/a
SUPERMAN PRO BARBERSHOP,
and SUPERMEN FADES TO FROS, LLC
d/b/a SUPERMEN FADES TO FROS,

   Defendants.
_____/

SETTLEMENT AGREEMENT
AND CONSENT TO PERMANENT INJUNCTION AND FINAL JUDGMENT

  DC Comics (hereinafter referred to as the "Plaintiff"), by and through its undersigned attorney, and Reginal B. Jones d/b/a Supermen Fades to Fros d/b/a Supermen's Fades to Fro's d/b/a Fades to Fro's d/b/a Superman Pro Barbershop and Supermen Fades to Fros, LLC d/b/a Supermen Fades to Fros (hereinafter referred to as the "Defendants"), hereby enter into the following Settlement Agreement and Consent to Permanent Injunction and Final Judgment (hereinafter referred to as the "Agreement"):

1. Plaintiff and Defendants, collectively referred to hereafter as the Parties, have entered into the present Agreement with the intention of resolving all disputes alleged, or which could have been alleged, in the above referenced action.

2. Defendants agree and stipulate to the following facts and findings:

   A. This Court has jurisdiction over Plaintiff and Defendants and the Subject Matter of this action.

   B. Plaintiff is the owner and/or exclusive licensee of all trademarks as identified on Exhibit A to the Permanent Injunction and Final Judgment attached to this Agreement as Exhibit 1, and hereinafter referred to as the "DC Trademarks". The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the marks noted.

   C. Defendants have never been authorized by the Plaintiff to utilize the business names "Supermen's Fades to Fro's," "Supermen Fades to Fros" and "Superman Pro Barbershop" in conjunction with the offering for sale and sale of hair grooming services (hereinafter referred to as the "Infringing Barbershops"). *See* Exhibit B. Additionally, as part of the advertising and marketing of the Infringing Barbershops, Defendants utilize window decals, outdoor signage and a vehicle wrap that incorporate the DC Trademarks, specifically the "S" in Shield and "SUPERMAN" in telescopic font (hereinafter referred to as the "Infringing Signage"). *See* Exhibit C. Further, Defendants market, advertise and solicit business for the Infringing Barbershops through shirts, smocks, capes, aprons, business cards, brochures, advertizing materials as well as a website which incorporates the DC Trademarks, which website is located at

http://www.supermenfadestofros.com (hereinafter collectively referred to as the "Infringing Advertisements"). *See* Exhibit D. The Infringing Barbershops, Infringing Signage and Infringing Advertisements will collectively be referred to as the "Infringing Promotions". This Agreement has been reached by the Parties as settlement and compromise of disputed claims and is not an admission of wrongdoing by the Defendants.

    D.    Plaintiff has alleged that it is suffering and has suffered irreparable injury as a result of Defendants' use of the Infringing Promotions bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the DC Trademarks, or bearing a design that is of a substantially similar appearance to the DC Trademarks, or which reproduce the DC Trademarks in any manner that it is likely to cause confusion concerning the source of such product and/or service.

    3.    Defendants, shall not in the future utilize the Infringing Promotions, bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the DC Trademarks, or bearing a design that is of a substantially similar appearance to the DC Trademarks, or which reproduce the DC Trademarks in any manner that it is likely to cause confusion concerning the source of such services.

    5.    Defendants stipulate and agree to entry of a Permanent Injunction and Final Judgment against them in the form attached as Exhibit 1 enjoining them from knowingly offering services, distributing or manufacturing of any kind of advertisement, product and/or service, including but not limited to the Infringing Promotions, which bear unauthorized simulations, reproductions, counterfeits, copies, or colorable

imitations of the DC Trademarks and, or bearing a design that is of a substantially similar appearance to the DC Trademarks, or which reproduce the DC Trademarks in any manner that it is likely to cause confusion concerning the source of such services, unless authorized by the relevant owners of the DC Trademarks. The Permanent Injunction and Final Judgment provides for entry of a Final Judgment in favor of Plaintiff in the amount of Twenty-Five Thousand Dollars ($25,000.00).

6. Defendants stipulate and agree to turn over all Infringing Promotions identified by name in Paragraphs 9 and 10 to the Complaint as well as evidenced by photographs as Exhibits B, C and D to the Complaint. All Infringing Promotions that Plaintiff has knowledge of and has identified for Defendants have also been attached herein as Exhibits B, C and D to the Permanent Injunction and Final Judgment. Defendants will incur all costs of removal of the Infringing Promotions now and in the future.

7. Defendants stipulate and agree that any items turned over to Plaintiff's counsel as provided for in this Agreement may be destroyed or disposed of at Plaintiff's discretion and in such manner as Plaintiff deems appropriate. These items include, but are not limited to, the Infringing Promotions. Defendants hereby waive any and all right, title, or interest to the Promotions and forever release Plaintiff from any and all claims arising out of their disposition.

8. Defendants stipulate that they shall be in default of this Agreement by failing to turn over to Plaintiff's undersigned counsel any Infringing Promotions knowingly in Defendants' possession at the time this Agreement is executed, or by

4

knowingly misrepresenting their source of the Infringing Promotions, or if they ever again knowingly violate any of Plaintiff's exclusive trademarks or otherwise violate any terms of this Agreement.

9. Plaintiff agrees that, so long as Defendants are not in default of this Agreement, Plaintiff shall not record the Final Judgment or take any other action to collect on said Final Judgment. Should Defendants become aware that they are in possession of additional infringing promotions (hereinafter referred to as "Additional Infringing Promotions"), Defendants shall notify Plaintiff in writing and turn over all Additional Infringing Promotions within ten (10) business days. Defendants shall incur all costs to remove and ship the Additional Infringing Promotions to Plaintiff's counsel's office. Any and all notice required or served pursuant to this Agreement shall be sent via overnight delivery.

10. For and in consideration of the promises outlined throughout the aforementioned paragraphs, the Plaintiff agrees that this Agreement will settle any and all claims and actions between DC Comics and Defendants, and Plaintiff individually and collectively further releases and forever discharges Defendants individually and collectively including their officers, directors, employees, affiliates, agents and servants of and from any and all causes of actions, suits, rights to attorneys' fees, debts, claims and demands whatsoever in law or equity arising from or related to matters of the lawsuit, pending in the United States District Court, Middle District of Florida, including without limitation any claims arising from any alleged violation of any and

all federal, state, or local laws, including those which relate to the DC Trademarks from the beginning of the world to the effective date of this Agreement.

13. For and in consideration of the promises outlined throughout the aforementioned paragraphs, Defendants agree that this Agreement will settle any and all claims and actions between Defendants and Plaintiff, and further releases and forever discharges Plaintiff and Plaintiff's affiliates of and from any and all causes of actions, suits, rights to attorneys' fees, debts, claims and demands whatsoever in law or equity arising from or related to matters of the lawsuit, pending in the United States District Court, Middle District of Florida, including without limitation any claims arising from Plaintiff's enforcement of their rights related to the DC Trademarks from the beginning of the world to the effective date of this Agreement.

14. The Parties agree that they are entering into this Agreement knowingly and voluntarily, after having the opportunity to fully discuss it with their respective attorneys. Having had the opportunity to obtain the advice of legal counsel to review, comment upon, and redraft the Agreement, the Parties agree that the Agreement shall be construed as if the Parties jointly prepared it so that any uncertainty or ambiguity shall not be interpreted against any one Party and in favor of the others.

15. Should any provision of the Agreement be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be effected thereby and said illegal part, term, or provision shall be deemed not to be part of this Agreement and all other valid provisions shall survive and continue to bind the Parties.

16. This Agreement may be signed in counterparts. Additionally, electronic signatures and/or facsimile signatures are deemed to be acceptable as original signatures.

17. In reliance upon the truthfulness of all of the statements made above by Plaintiff and Defendants, Defendants and Plaintiff jointly move for this Court to enter a Permanent Injunction and Final Judgment with respect to Defendants as provided for in the Permanent Injunction and Final Judgment attached as Exhibit "1". Plaintiff and Defendants stipulate and move that the Permanent Injunction and Final Judgment shall remain in full force and effect after the Court enters the Permanent Injunction and Final Judgment and, further, that this Court retain jurisdiction over this matter to enforce the terms of the Settlement Agreement, Permanent Injunction and Final Judgment.

Dated: March 6, 2013

_____
Michael W.O. Holihan
Florida Bar No. 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751
Telephone: (407) 660-8575
Fax:        (407) 660-0510
michael.holihan@holihanlaw.com
Attorney for Plaintiff

_____
Supermen Fades to Fros, LLC
By: Reginal B Jones
Dated: 3-5-13

_____
Reginal B. Jones
By: Reginal B Jones
Dated: 3-5-13

7